```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0139--CV (JWS)
            "FEOKIST MARTUSHEV ET AL V TODD VAN LIERE ET A"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   ALLEGED UNLAWFUL SEARCH AND SEIZURE
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 06/16/05 receipt # 00125966
         Trial by: Jury
```

```
Parties of Record:                        Counsel of Record:

PLF 1.1         MARTUSHEV, FEOKIST (FRANK)    Mark D. Osterman
                                              215 Fidalgo, Suite 106
                                              Kenai, AK 99611
                                              907-283-5660
                                              FAX 907-283-5677

PLF 2.1         MARTUSHEV, ZAHARY             Mark D. Osterman
                                              (see above)

PLF 3.1         MARTUSHEV, ALEX               Mark D. Osterman
                                              (see above)

PLF 4.1         MARTUSHEV, VAVARRA            Mark D. Osterman
                                              (see above)

DEF 1.1         VAN LIERE, TODD               Stephanie D. Galbraith Moore
                                              Attorney General's Office
                                              1031 W. 4th Avenue, Suite 200
                                              Anchorage, AK 99501
                                              907-269-5190

DEF 2.1     [T] MARETTE, MARK                 Robert C. Bundy
                                              Dorsey & Whitney
                                              1031 W. 4th Avenue, Suite 600
                                              Anchorage, AK 99501
                                              907-276-4557
                                              FAX 907-276-4152

                                              Michal G. Stryszak
                                              Dorsey & Whitney, LLP
                                              1031 West Fourth Avenue
                                              Suite 600
                                              Anchorage, AK 99501
                                              907-257-7840
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0139--CV (JWS)
        "FEOKIST MARTUSHEV ET AL V TODD VAN LIERE ET A"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 3.1 | MOUNTAIN, TODD | Stephanie D. Galbraith Moore (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0139--CV (JWS)
          "FEOKIST MARTUSHEV ET AL V TODD VAN LIERE ET A"

                       For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   ALLEGED UNLAWFUL SEARCH AND SEIZURE
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 06/16/05 receipt # 00125966
         Trial by: Jury


Document #  Filed     Docket text

    1 -  1  06/16/05  DEF 1; 3 Notice of Removal from Superior Court for the State of Alaska
                      case # 3AN-05-8071 w/att exhs.

    2 -  1  06/16/05  DEF 1; 3 Notice of filing and designation of stat court proceeding
                      records w/att exhs.

    2 -  2  06/16/05  PLF 1-4 Jury Demand.

    3 -  1  06/20/05  JWS Minute Order to Petitioner Subsequent to Removal.  Petitioners to
                      file w/i 10 days copies of state crt docs and svc list. cc: cnsl

    4 -  1  06/22/05  PLF 1-4 motion for remand to state court w/att memo.

    5 -  1  06/23/05  DEF 1; 3 Service List.

    6 -  1  06/24/05  DEF 1; 3 opposition to PLF 1-4 motion for remand to state court (4-1).

    7 -  1  06/29/05  DEF 1; 3 Answer to Complaint.

    8 -  1  06/29/05  DEF 1; 3 Jury Demand.

    9 -  1  07/07/05  DEF 1; 3 Answer (Amended).

   10 -  1  07/15/05  PLF 1-4 reply to opposition to PLF 1-4 motion for remand to state court
                      (4-1).

 NOTE -  1  07/25/05  Issued: summons re: DEF 2.

   11 -  1  07/27/05  DEF 1; 3 motion for partial judgment on the pleadings re: counts III,
                      IV, V, VII & VIII w/att memo & exhs.

   12 -  1  07/27/05  DEF 1; 3 motion for partial judgment on the pleadings re: count VI w/att
                      memo & exh.

   13 -  1  08/04/05  PLF 1-4 Unopposed motion for extension of time until 9/20/05 to file
                      oppositions to the State's two motions for partial summary judgment
                      w/att certif.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0139--CV (JWS)
                      "FEOKIST MARTUSHEV ET AL V TODD VAN LIERE ET A"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 2 | 08/05/05 | Order granting unoppo mot for ext of time until 9/20/05 to file oppo to State's two mots for part sj (13-1). cc: cnsl |
| 14 - 1 | 08/16/05 | JWS Order denying motion for remand to state court (4-1). cc: cnsl |
| 15 - 1 | 08/18/05 | JWS Minute Order plf is directed to take action as to failure to serve. Plf to file proofs of service to comply with Rule 4(m). cc: cnsl |
| 16 - 1 | 09/08/05 | PLF 1-4 Return of Service Executed re: DEF 2 on 8/30/05. |
| 17 - 1 | 09/13/05 | DEF 2 Attorney Appearance of R. Bundy & M. Stryszak. |
| 18 - 1 | 09/14/05 | PLF 1-4; DEF 2 Stipulation for ext of time until 10/19/05 to file answer. |
| 18 - 2 | 09/19/05 | JWS Order granting stipulation for ext of time until 10/19/05 to file answer (18-1). cc: cnsl |
| 19 - 1 | 09/20/05 | PLF 1-4 opposition to DEF 1; 3 motion for partial judgment on the pleadings re: count VI (12-1) w/att exhs |
| 20 - 1 | 09/20/05 | PLF 1-4 opposition to DEF 1; 3 motion for partial judgment on the pleadings re: counts III, IV, V, VII & VIII (11-1) w/att exhs. |
| 21 - 1 | 09/23/05 | PLF 1-4 Notice of filing orig aff of Feodor Martushev re: oppo to DEF 1; 3 motion for partial judgment on the pleadings re: count VI (12-1) w/att aff. |
| 22 - 1 | 09/29/05 | DEF 1-3 reply to opposition to DEF 1; 3 motion for partial judgment on the pleadings re: counts III, IV, V, VII & VIII (11-1). |
| 23 - 1 | 09/29/05 | DEF 1-3 reply to opposition to DEF 1; 3 motion for partial judgment on the pleadings re: count VI (12-1). |
| 24 - 1 | 10/19/05 | DEF 2 Answer to Complaint. |
| 25 - 1 | 10/19/05 | DEF 2 motion to dismiss cts I, II, V & VI w/att memo & exhs. |
| 26 - 1 | 11/14/05 | DEF 2 Notice of plfs' failure to comply w/lcl rule 7.1(E). |
| 27 - 1 | 11/16/05 | JWS Order granting motion to dismiss cts I, II, V & VI (25-1). cc: cnsl |
| 28 - 1 | 11/16/05 | PLF 1-4 motion to accept late-filed response to motion to dismiss w/att aff & prop oppo. |