FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -1 PM 3: 52

Robert C. Bundy, ABA #7206021
Michal Stryszak, ABA #0505032
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for MARK MARETTE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST (FRANK) MARTUSHEV,
Along with ZAHARY MARTUSHEV,
ALEX MARTUSHEV and VAVARRA
MARTUSHEV,

              Plaintiffs,

vs.

TODD VAN LIERE, MARK MARETTE,
and TODD MOUNTAIN in their Official
and personal Capacities,

              Defendants.

Case No. A05-139 CV (JWS)

**MOTION FOR ENTRY OF FINAL JUDGMENT WITH REGARD TO**
**DEFENDANT MARK MARETTE**

The Court dismissed with prejudice Counts I, II, V, and VI against Defendant Mark Marette. Counts III, IV, VII, and VIII do not apply to Defendant Marette; they apply only to Defendants Todd Van Liere and Todd Mountain. Because the Martushevs' claims against Defendants Van Liere and Mountain are unrelated to the Martushevs' claims against Marette, their outcome will have no bearing on the claims against Marette, all of which have already been dismissed. Therefore, there is no just reason for delay of final judgment with regard to Marette. Pursuant to Federal Rule of Civil Procedure 54(b),

Marette moves for an entry of final judgment with regard to him dismissing the case against him with prejudice.

DATED this 1st day of December, 2005, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Robert C. Bundy, ABA #7206021
Michal Stryszak, ABA #0505032

CERTIFICATE OF SERVICE

This certifies that on December 1, 2005 the following individuals were served via ~~mail~~/fax/~~hand delivery~~.

Mark D. Osterman
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
**Attorney for Martushevs**

Stephanie Galbraith Moore
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
**Attorney for Defendants Todd Van Liere and Todd Mountain**

_____
CERTIFICATION SIGNATURE

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Motion for Entry of Final Judgment with Regard to Defendant Mark Marette
Page 2
4826-4365-7216\1\479241\00001

Martushev v. Van Liere, et al
A05-139 CI (JWS)