

**FILED**

DEC 0 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARA MARTUSHEV, <br><br> Plaintiffs, <br><br> vs. <br><br> TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN, in their official and personal capacities, <br><br> Defendants | Case No. A05-139 CV (JWS) |

### MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)

Come now the Plaintiffs by and through their attorney Osterman Law Office and hereby moves the Court for Relief from Judgment based upon the Court's powers outlined in Rule 60(b). Pursuant to Rule 60(b), the Court has power to relieve a Party from its Order entered on November 16, 2005.

Date: December 6, 2005

Respectfully submitted:

_____
Hatton G. Greer
Alaska Bar No. 03311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

33

Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARA MARTUSHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN, in their official and personal capacities,<br><br>Defendants | Case No. A05-139 CV (JWS) |

### MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)

Come now the Plaintiffs by and through their attorney Osterman Law Office and hereby moves the Court for Relief from Judgment based upon the Court's powers outlined in Rule 60(b). Pursuant to Rule 60(b), the Court has power to relieve a Party from its Order entered on November 16, 2005.

Defendant Mark Marette filed a Motion to Dismiss on October 19, 2005. That Memorandum and accompanying Motion were received by Plaintiffs' attorneys on October 20. Pursuant to Local Rule 7.1(e), Plaintiffs had 15 days in which to reply to that Motion. However this time was increased by three

Motion for Relief from Judgment Pursuant to Rule 60(b)  
Feokist (Frank) Martushev, et al. vs. Todd van Liere, et al.
Case No. A05-139 CV (JWS)

Page 1 of 3

days pursuant to Federal Rule of Civil Procedure 6(e) due to that Motion being served by mail. As explained in the Affidavit of Mark Osterman filed in support of his Motion to Accept Late-Filed Response to Motion to Dismiss, he believed he had completed and served an appropriate Response by November 3, which would have been in time under the various court rules. However, he did not discover that that motion had mistakenly not been sent out until much later. Therefore, Plaintiffs ask for relief from the Order dismissing counts against Mark Marette with prejudice.

As admitted in Defendant's Motion for Award of Attorney's Fees, Plaintiffs causes of action against Defendant Mark Marette were based entirely in state law. Therefore, in the alternative Plaintiffs ask the Court to remand these issues to state court. It should be noted, that Plaintiffs were not the persons who asked for removal to federal court.

Finally Plaintiffs note that pursuant to local federal Civil Rule 7.1(d)(2), no unopposed Motion for Summary Judgment should be granted unless the Court is satisfied there are no disputed issues of material fact and that the moving party is entitled to the decision as a matter of law. It is clear, that Defendant Mark Marette is not entitled to a decision as a matter of law. As a matter of fact, Defendant's Counsel misconstrued Count I of the Complaint to read as a claim for defamation. As a matter of fact it was a claim for malicious prosecution. As malicious prosecution claims cannot be brought until after

Motion for Relief from Judgment Pursuant to Rule 60(b)                                    Page 2 of 3
Feokist (Frank) Martushev, et al. vs. Todd van Liere, et al.
Case No. A05-139 CV (JWS)

acquittal, Defendant's argument regarding statue of limitations is without merit as regards Count I.[1]

**CONCLUSION**

This Court should reinstate Plaintiffs' claims against Defendant Mark Marette, and consider the substance of Plaintiffs' Response. There are two reasons for this, first that under Rule 60(b), Plaintiffs' Reply was late for an excusable reason. Furthermore, pursuant to Local Civil Rule 7.1(d)(2), an unopposed motion for summary judgment is not to be granted unless there exists no issue of material fact and the law is in defendant's favor. While many issues of material fact apply in this case, the law is not in Defendant's favor because he has wholly misconstrued Count I. In the alternative, as claims against Mr. Marette are wholly covered by state law, the Court should remand these claims to state court for adjudication there.

Date: December 6, 2005

Respectfully submitted:

Hatton G. Greer
Alaska Bar No. 03311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

---

[1] Though Defendant Marette titles his motion a Motion to Dismiss, he also provides exhibits. Pursuant to Federal Rules of Civil Procedure, if any information outside the pleadings is presented to and not excluded by the court, the motion is to be treated as one for summary judgment and disposed of as provided in Rule 56. Therefore, as Defendant Mark Marrette included several exhibits with his 'Motion to Dismiss,' the local court rule regarding motions for summary judgment should apply.

Motion for Relief from Judgment Pursuant to Rule 60(b)    Page 3 of 3
Feokist (Frank) Martushev, et al. vs. Todd van Liere, et al.
Case No. A05-139 CV (JWS)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST(FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV,<br>　　　Plaintiffs,<br><br>vs.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their Official and personal Capacities,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Alaska Superior Case No.<br>)  3AN-05-8071 CI<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-139 CV (JWS) |

**PROOF OF SERVICE**

I certify that on December 7, 2005 I mailed a copy of the MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b), MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b) and ORDER OF THE COURT to the office of Stephanie Galbraith Moore, Office of the Attorney General, 1031 W. 4th, Ste. 200, Anchorage, Alaska 99501, and to Michal Stryszak located at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　*/s/ Joyce Sullivan*
　　　　　　　　　　　　　　　Joyce Sullivan

SUBSCRIBED and SWORN to before me this  7th  day of  Dec , 2005, in  Kenai , Alaska.

_Melanie Osterman_
Melanie Osterman – Notary
My Commission expires -  4-15-08 

