Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

**FILED**

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST (FRANK) MARTUSHEV, )
~~Along with ZAHARY MARTUSHEV,~~ )
ALEX MARTUSHEV, and VAVARA )
MARTUSHEV, )
  )
  Plaintiffs, )
  )
vs. )
  )
TODD VAN LIERE, MARK MARETTE, )
  and TODD MOUNTAIN, in their ) Case No. A05-139 CV (JWS)
  official and personal capacities, )
  )
  Defendants )
_____ )

## ORDER OF THE COURT

The matter having appeared by way of a Plaintiffs' Motion to Accept Late-Filed Response to Motion to Dismiss, and having appeared with an Affidavit and the Court understanding the confusion,

IT IS ORDERED that the Late-Filed Brief is ACCEPTED.

Date: 12-12-05

_____
Federal District Judge

A05-0139--CV (JWS)    12-13-05

/ S. GALBRAITH MOORE (AAG-200)
/ R. BUNDY (DORSEY)
/ M. OSTERMAN

Order of the Court
Feokist (Frank) Martushev, et. al. vs. Todd van Liere, et. al.
Case No. A05-139 CV (JWS)

Page 1 of 1

34