UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST (FRANK) MARTUSHEV,
et al.,
      Plaintiffs,

v.

TODD VAN LIERE, et al.,
      Defendants.

Case Number 3:05-cv-00139-JWS

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT all of plaintiffs' claims against defendant Mark Marette are dismissed in their entirety.

APPROVED:

_____/s/_____
John W. Sedwick
United States District Judge

Date: January 13, 2006

    Ida Romack
    Clerk of Court

    _Pamela R. Puhtu_ (signature)
    (By) Deputy Clerk

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[Martushev-Marette judgment.wpd]{JMT2.WPT*Rev.3/03}