RECEIVED
FEB 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Case No: A05-139-CV (JWS)

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV, Plaintiffs, vs. TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN, in their official and personal capacities, Defendants | Notice of Appeal |

Notice is hereby given that Feokist (Frank) Martushev, along with Zahary Martushev, Alex Martushev, and Vavarra Martushev, Plaintiffs in the above-named case hereby appeal to the United State Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 13th day of January, 2006.

for _____
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

Osterman Law Office, P.C.
215 Fidalgo, Ste 106
Kenai, AK 99611

receipt # 00127607  $255  2/13/06

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| FEOKIST(FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV,<br>    Plaintiffs,<br><br>vs.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their Official and personal Capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I certify that a copy of the Notice of Appeal was sent by first class mail to Stephanie Galbraith Moore at the Attorney General Office, Special Litigation, at 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska, 99501 and Michal Stryszak at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501 on the 13th day of February, 2006.

_____
Joyce Sullivan

Subscribed and sworn to me this 13th day of Feb , 2006.



_____
Melanie Osterman, Notary
Expires 4-18-08