UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST MARTUSHEV, et al.   v.   TODD VAN LIERE, et al.

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:05-cv-00139-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 22, 2006

**XXX**  A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

    **XXX**  File Rule 16(b) status report within 15 days from the date of this minute order.

    ___  Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

    ___  This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

___  A status report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order.  The deficiencies are noted below.  A _complete_ report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order.  Deficiencies:

[]{IIA2.WPD*Rev.12/96}