Robert C. Bundy, ABA #7206021
Michael R. Mills, ABA#8911074
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for MARK MARETTE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST (FRANK) MARTUSHEV,
Along with ZAHARY MARTUSHEV,
ALEX MARTUSHEV and VAVARRA
MARTUSHEV,

                Plaintiffs,

vs.

TODD VAN LIERE, MARK MARETTE,
and TODD MOUNTAIN in their Official
and personal Capacities,

                Defendants.      Case No. A05-139 CV (JWS)

**WITHDRAWAL OF MOTION FOR**
**AWARD OF ATTORNEY'S FEES**

    Mark Marette ("Marette"), by and through counsel, hereby withdraws his Motion for Award of Attorney's Fees in order to achieve a full resolution of all issues involved in this case, including a dismissal of the appeal filed by plaintiffs.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Withdrawal of Motion for Attorney's Fees      Martushev v. Van Liere, et al
Page 1      A05-139 CI (JWS)

DATED this 1st day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: s/Michael R. Mills
   Robert C. Bundy, ABA #7206021
   Michael R. Mills, ABA #8911074
   DORSEY & WHITNEY LLP
   1031 West Fourth Avenue, Suite 600
   Anchorage, AK 99501-5907
   (907) 276-4557
   mills.mike@dorsey.com

## CERTIFICATE OF SERVICE

This certifies that on March 1, 2006 the following individuals were served a copy of the foregoing and accompanying Affidavit of Michael R. Mills, via ECF mail/fax/hand delivery.

Mark D. Osterman
215 Fidalgo Drive, Suite 106
Kenai, Alaska  99611
**Attorney for Martushevs**

Stephanie Galbraith Moore
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska  99501
**Attorney for Defendants Todd Van Liere and Todd Mountain**

s/Michelle Hanlon-Dehner
CERTIFICATION SIGNATURE

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Supplement to Motion for Attorney's Fees                                    Martushev v. Van Liere, et al
Page 2                                                                                          A05-139 CI (JWS)
4849-4423-8592\1\479241\00001