RECEIVED
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARA MARTUSHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK MARETTE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-139 CV (JWS)<br>)<br>)<br>) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Come now the Plaintiff, Zahary Martushev by and through his attorney of record Osterman Law Office and hereby give notice that Plaintiff accepts the Offer of Judgment filed pursuant to Civil Rule 68.

Date: March 1, 2006

Respectfully submitted:

*/s/ Hatton Greer*
Hatton G. Greer
Alaska Bar No. 0311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

Notice of Acceptance of Offer of Judgment
Feokist (Frank) Martushev, et al., v. Mark Marette
Case No. A05-139 CV (JWS)

Page 1 of 1