IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| FEOKIST(FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK MARETTE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-139 CV (JWS) |

**PROOF OF SERVICE**

I certify that on March 3, 2006 I mailed the NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT to the office of Stephanie Galbraith Moore, Office of the Attorney General, 1031 W. 4th, Ste. 200, Anchorage, Alaska 99501, and to Michal Stryszak and Mike Mills located at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

Respectfully Submitted,

*Joyce Sullivan*
Joyce Sullivan

SUBSCRIBED and SWORN to before me this 3rd day of Mar, 2006, Kenai, Alaska.

Melanie Osterman – Notary
Expires 4-15-08