UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FEOKIST (FRANK) MARTUSHEV, ZAHARY
MARTUSHEV, ALEX MARTUSHEV, and
VAVARRA MARTUSHEV,
     Plaintiffs,

Case Number 3:05-cv-00139-JWS

v.

TODD VAN LIERE, MARK MARETTE, and
TODD MOUNTAIN,
     Defendants.

**JUDGMENT IN A CIVIL CASE**

____  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

that Plaintiff Zahary Martushev, recover of defendants Todd Van Liere and Todd Mountain, the sum of $250.00, inclusive of all costs and attorneys fees.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: March 8, 2006

                                    Pam Richter
                              Deputy Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]