UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

06-35168

**CASE INFORMATION:**
Short Case Title: Martushev, et al. v Van Liere, et al.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:05-cv-00139-JWS
Date Complaint/Indictment/Petition Filed: 6/16/05
Date Appealed Order/Judgment *entered*: 1/25/06
Date NOA *filed*: 2/13/06
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 2/13/06          Date Docket Fee billed: __
Date FP granted: __                     Date FP denied: __
Is FP pending? __yes/no                 Was FP Limited/Revoked?
US Government Appeal? _X_ no
Companion Cases? Please list: N/A

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Mark D. Osterman                        Robert C. Bundy
No e-mail address available             bundy.robert@dorsey.com
(907) 283-5677                          (907) 276-4152

_X_ retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: N/A          Address: N/A
Custody: N/A
Bail: N/A

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: ___            9th Circuit Docket Number: ___

Name and phone number of person completing this form: Pam Richter
                                                       (907) 677-6125