DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

Attorney for Defendants VanLiere and Mountain

RECEIVED
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV,<br><br>          Plaintiffs,<br><br>v.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities,<br><br>          Defendants. | Case No.: 3:05-cv-00139-JWS |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants VanLiere and Mountain, hereby make this offer of judgment to resolve all claims by plaintiff Zahary Martushev against defendants VanLiere and Mountain in this action for the total amount of TWO HUNDRED FIFTY DOLLARS ($250.00), inclusive of all costs and attorneys fees.

DATED this 28th day of February, 2006, at Anchorage, Alaska.

         DAVID W. MÁRQUEZ
         ATTORNEY GENERAL

       By: s/ Stephanie Galbraith Moore
         Assistant Attorney General
         Office of the Attorney General
         1031 W. 4th Ave., Ste. 200
         Anchorage, AK 99501
         Phone: (907) 269-5190
         Fax: (907) 258-0760
         Stephanie.Galbraith@law.state.ak.us
         TWC.ECF@law.state.ak.us
         Alaska Bar No. 8911063

This is to certify that on this date, a copy of the
foregoing **Offer of Judgment (Zahary Martushev)**
is being served electronically on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

Robert C. Bundy
bundy.robert@dorsey.com
mock.cathy@dorsey.com
ak-usdc@dorsey.com

s/ Stephanie Galbraith Moore  2/28/06