Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARA MARTUSHEV,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARK MARETTE,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-139 CV (JWS)<br>)<br>) |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, Feokist (Frank) Martushev and hereby accepts State of Alaska's Offer of Judgment.

Date: March 1, 2006

Respectfully submitted:

_____
Hatton G. Greer
Alaska Bar No. 0311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

Notice of Acceptance of Offer of Judgment
Feokist (Frank) Martushev, et al., v. Mark Marette
Case No. A05-139 CV (JWS)

Page 1 of 1