RECEIVED

MAR 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEOKIST(FRANK) MARTUSHEV, )
Along with ZAHARY )
MARTUSHEV, ALEX )
MARTUSHEV and VAVARRA )
MARTUSHEV, )
 )
    Plaintiffs, )
 )
vs. )
 )
MARK MARETTE )
 )
    Defendants. )
_____ ) Case No. A05-139 CV (JWS)

## PROOF OF SERVICE

I certify that on March 8, 2006 I mailed the NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT and OFFER OF JUDGMENT for (Feokist) Frank Martushev and Zahary Martushev to the office of Stephanie Galbraith Moore, Office of the Attorney General, 1031 W. 4th, Ste. 200, Anchorage, Alaska 99501, and to Michal Stryszak and Mike Mills located at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

                Respectfully Submitted,

                *Joyce Sullivan*
                Joyce Sullivan

SUBSCRIBED and SWORN to before me this ___8th___ day of ___Mar___, 2006, in ___Kenai___, Alaska.

*Melanie Osterman* (signature)
Melanie Osterman – Notary
My Commission expires - 4-15-08

