**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FEOKIST (FRANK) MARTUSHEV, ZAHARY
MARTUSHEV, ALEX MARTUSHEV, and
VAVARA MARTUSHEV,
      Plaintiffs,

Case Number 3:05-cv-00139-JWS

v.

TODD VAN LIERE, MARK MARETTE, and
TODD MOUNTAIN,                **AMENDED**
      Defendants.         **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff Zahary Martushev, recover of Defendants Todd Van Liere and Todd Mountain, the sum of $250.00, inclusive of all costs and attorneys fees.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      Ida Romack
Date: March 9, 2006        Ida Romack, Clerk of Court

                                      Pam Richter
                                  (By) Deputy Clerk

[Jmt1-with fees and costs-revised 1-30-06]