**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FEOKIST (FRANK) MARTUSHEV, ZAHARY
MARTUSHEV, ALEX MARTUSHEV, and
VAVARA MARTUSHEV,
        Plaintiffs,

Case Number 3:05-cv-00139-JWS

v.

TODD VAN LIERE, MARK MARETTE, and
TODD MOUNTAIN,
        Defendants.

**JUDGMENT IN A CIVIL CASE**

\_\_\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff Feokist (Frank) Martushev, recover of Defendants Todd Van Liere and Todd Mountain, the sum of $1,000.00, inclusive of all costs and attorneys fees.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: March 9, 2006

                  Ida Romack
             Ida Romack, Clerk of Court

                  Pam Richter
              (By) Deputy Clerk

[Jmt1-with fees and costs-revised 1-30-06]