DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants Van Liere and Mountain

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV,<br><br>    Plaintiffs,<br><br>  v.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-cv-00139-JWS<br>) |

**MOTION FOR ENTRY OF FINAL JUDGMENT REGARDING
VAVARRA MARTUSHEV'S CLAIMS AGAINST
DEFENDANTS VAN LIERE AND MOUNTAIN**

Defendants Todd VanLiere and Todd Mountain moved for partial judgment on the pleadings in two separate motions. The first motion sought dismissal of Counts III, IV, V, VII and VIII of the first amended complaint and the other motion addressed Counts VI of the first amended complaint. The court dismissed with prejudice the claims made by Vavarra

Martushev against defendants VanLiere and Mountain on the grounds that her federal and state claims were barred by the statute of limitations. The claims against defendants VanLiere and Mountain made by the other plaintiffs have been resolved by offers of judgment. The claims against defendant Mark Marette have also resolved. There are no remaining claims in this action. Therefore, pursuant to Federal Rule of Civil Procedure 54(b) and 58(2), VanLiere and Mountain move for entry of final judgment in their favor regarding Vavarra Martushev's claims against them.

DATED this 10th day of March, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@law.state.ak.us
TWC.ECF@law.state.ak.us
Alaska Bar No. 8911063

This is to certify that on this date, a copy of the foregoing
**Motion for Entry of Final Judgment** is being served electronically on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

Robert C. Bundy
bundy.robert@dorsey.com
mock.cathy@dorsey.com
ak-usdc@dorsey.com

s/ Stephanie Galbraith Moore  3/10/06

Motion to for Entry of Final Judgment
*Martushev, et al. v. VanLiere, et al.*
Case No. 3:05-cv-10039-JWS
Page 2 of 2