DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants Van Liere and Mountain

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV, <br><br> Plaintiffs, <br><br> v. <br><br> TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-cv-00139-JWS<br>) |

**ENTRY OF FINAL JUDGMENT REGARDING TO VAVARRA MARTUSHEV'S CLAIMS AGAINST DEFENDANTS VAN LIERE AND MOUNTAIN**

This action came before the court on motions for judgment on the pleadings,

and the issues having been duly heard and a decision having been rendered,

IT IS ORDERED AND AJUDGED that plaintiff Vavarra Martushev take nothing, that the action be DISMISSED on the merits, and defendants VanLiere and Mountain recover their costs of action.

Dated: _____

_____
Ida Romack
U.S. District Court Clerk

This is to certify that on this date, a copy of the foregoing **Entry of Final Judgment** is being served electronically on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

Robert C. Bundy
bundy.robert@dorsey.com
mock.cathy@dorsey.com
ak-usdc@dorsey.com

s/ Stephanie Galbraith Moore  3/10/06