DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants Van Liere and Mountain

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV, <br><br> Plaintiffs, <br><br> v. <br><br> TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br> Case No.: 3:05-cv-00139-JWS |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Defendants VanLiere and Mountain hereby notify the court of plaintiff Alex Martushev's acceptance of defendants' Offer of Judgment made pursuant to Federal Rule of Civil Procedure 68.  The Offer of Judgment and plaintiff's Notice of Acceptance are attached as Exhibit A.

DATED this 10th day of March, 2006, at Anchorage, Alaska.

            DAVID W. MÁRQUEZ
            ATTORNEY GENERAL

By: s/ Stephanie Galbraith Moore
   Assistant Attorney General
   Office of the Attorney General
   1031 W. 4th Ave., Ste. 200
   Anchorage, AK 99501
   Phone: (907) 269-5190
   Fax: (907) 258-0760
   Stephanie.Galbraith@law.state.ak.us
   TWC.ECF@law.state.ak.us
   Alaska Bar No. 8911063

This is to certify that on this date, a copy of the foregoing **Notice of Acceptance (Alex Martushev)** is being served electronically on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

Robert C. Bundy
bundy.robert@dorsey.com
mock.cathy@dorsey.com
ak-usdc@dorsey.com

s/ Stephanie Galbraith Moore  3/10/06