Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARA MARTUSHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK MARETTE,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-139 CV (JWS)<br>)<br>)<br>) |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff Alex Martushev by and through his attorney Osterman Law Office and hereby accepts the Offer of Judgment filed pursuant to Federal Rules of Civil Procedure Rule 68.

Date: March 2, 2006

Respectfully submitted:

_____
Hatton G. Greer
Alaska Bar No. 0311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

Notice of Acceptance of Offer of Judgment
Feokist (Frank) Martushev, et al., v. Mark Marette
Case No. A05-139 CV (JWS)

Page 1 of 1

Exhibit A
Page 1 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST(FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK MARETTE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05-139 CV (JWS)

**RECEIVED**
MAR 0 6 2006
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

### PROOF OF SERVICE

I certify that on March 3, 2006 I mailed the NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT to the office of Stephanie Galbraith Moore, Office of the Attorney General, 1031 W. 4th, Ste. 200, Anchorage, Alaska 99501, and to Michal Stryszak and Mike Mills located at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

Respectfully Submitted,

_Joyce Sullivan_
Joyce Sullivan

SUBSCRIBED and SWORN to before me this ___3rd___ day of ___Mar___, 2005, in ___Kenai___, Alaska.

_Melanie Osterman_
Melanie Osterman – Notary

Expires 4-15-09

Exhibit ___A___
Page ___2___ of ___4___

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

Attorney for Defendants VanLiere and Mountain

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV, <br><br> Plaintiffs, <br><br> v. <br><br> TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 3:05-cv-00139-JWS |

### OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants VanLiere and Mountain, hereby make this offer of judgment to resolve all claims by plaintiff Alex Martushev against defendants VanLiere and Mountain in this action for the total amount of TWO HUNDRED FIFTY DOLLARS ($250.00), inclusive of all costs and attorneys fees.

Exhibit A
Page 3 of 4

DATED this 28th day of February, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Stephanie.Galbraith@law.state.ak.us
TWC.ECF@law.state.ak.us
Alaska Bar No. 8911063

This is to certify that on this date, a copy of the foregoing **Offer of Judgment (Alex Martushev)** is being served electronically on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

Robert C. Bundy
bundy.robert@dorsey.com
mock.cathy@dorsey.com
ak-usdc@dorsey.com

s/ Stephanie Galbraith Moore    2/28/06

Offer of Judgment
*Martushev, et al. v. VanLiere, et al.*
Case No. 3:05-cv-00139-JWS
Page 2 of 2

Exhibit A
Page 4 of 4