```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

FEOKIST (FRANK) MARTUSHEV, ZAHARY
MARTUSHEV, ALEX MARTUSHEV, and
VAVARA MARTUSHEV,
        Plaintiffs,

                                Case Number 3:05-cv-00139-JWS

v.

TODD VAN LIERE, MARK MARETTE,
and TODD MOUNTAIN,
        Defendants.           **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

that Plaintiff Alex Martushev, recover of defendants Todd Van Liere and Todd Mountain, the sum of $250.00, inclusive of all costs and attorneys fees.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: March 10, 2006

                                                  Ida Romack
                                       Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]