IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST(FRANK) MARTUSHEV, Along with ZAHARY MARTUSHEV, ALEX MARTUSHEV and VAVARRA MARTUSHEV,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARK MARETTE<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-139 CV (JWS) |

**PROOF OF SERVICE**

I certify that on March 9, 2006 I mailed the NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT and OFFER OF JUDGMENT for Alex Martushev to the office of Stephanie Galbraith Moore, Office of the Attorney General, 1031 W. 4th, Ste. 200, Anchorage, Alaska 99501, and to Michal Stryszak and Mike Mills located at 1031 W. 4th Avenue, Suite 600, Anchorage, Alaska 99501.

Respectfully Submitted,

*Brandi Barber* (signature)
Brandi Barber

SUBSCRIBED and SWORN to before me this 9th day of March, 2006, in Kenai, Alaska.

*Joyce Sullivan* (signature)
Joyce Sullivan – Notary
Expires - 4-15-2008

[Notary Public Seal - State of Alaska, Joyce Sullivan, Commission Expires April 15, 2008]