UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 1 3 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV; et al., | No. 06-35168 |
| Plaintiffs - Appellants, | D.C. No. CV-05-00139-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| TODD VAN LIERE; et al., | ORDER |
| Defendants - Appellees. | |

RECEIVED

MAR 1 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

The district court's order challenged in this appeal did not dispose of the action as to all claims and all parties. Within 21 days after the filing date of this order, appellants shall move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981). If appellants elect to show cause, a response may be filed within 8 days after service of appellants' memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

S:\MOATT\Clrkords\03.06\joc\06-35168.wpd

06-35168

Briefing is suspended pending further order of the court.

For the Court

Jamie O'Connell
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A