DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants Van Liere and Mountain

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV, <br><br> Plaintiffs, <br><br> v. <br><br> TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities, <br><br> Defendants. | Case No.: 3:05-cv-00139-JWS |

**ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT
REGARDING VAVARRA MARTUSHEV'S CLAIMS AGAINST
DEFENDANTS VAN LIERE AND MOUNTAIN**

The court dismissed with prejudice Vavarra Martushev's claims against defendants VanLiere and Mountain. Pursuant to Federal Rules of Civil Procedure 54(b) and 58, the clerk is directed to enter final judgment dismissing with prejudice the claims Vavarra Martushev made against defendants VanLiere and Mountain.

Dated: <u>4/12/2006</u>                    /s/
                                          Honorable John W. Sedwick
                                          U.S. District Court Judge

Order for Entry of Final Judgment
*Martushev, et al. v. VanLiere, et al.*
Case No. 3:05-cv-10039-JWS
Page 2 of 2