MARK D. OSTERMAN LAW OFFICE, PC
ATTORNEY FOR PLAINTIFFS

Hatton Greer
215 Fidalgo, Suite 106
Kenai, AK 99611
Phone: (907) 283-5660
Fax:   (907) 283-5677
Alaska Bar No. 0311057

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV, along with ZAHARY MARTUSHEV, ALEX MARTUSHEV, and VAVARRA MARTUSHEV,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TODD VAN LIERE, MARK MARETTE, and TODD MOUNTAIN in their official and personal capacities,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-cv-00139-JWS<br>) |

**SATISFACTION OF JUDGMENTS**

This is to certify that the judgments entered against defendants VanLiere and Mountain on March 9, 2006 and March 10, 2006, in the above-captioned matter have been fully satisfied.

DATED this 19th day of ~~March~~ April, 2006, at Kenai, Alaska.

MARK D. OSTERMAN LAW OFFICE, PC

By: *Hatton Greer*
Hatton Greer
Attorney for Plaintiff
Alaska Bar No. 0311057

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

The foregoing instrument was acknowledged before me on this 19th day ~~of March~~ april, 2006 at Kenai, Alaska, by Hatton Greer, attorney for plaintiffs.

*Joyce Sullivan*
Notary Public in and for the State of Alaska
My Commission Expires: 4-15-2008



CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of the foregoing is being mailed to:

Stephanie Galbraith Moore
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501

4-20-2006
Date

Satisfaction of Judgments
*Martushev, et al. v. VanLiere, et al.*
Case No. A05-139 CV
Page 2 of 2