**FILED**

UNITED STATES COURT OF APPEALS    MAR 14 2006

FOR THE NINTH CIRCUIT    CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEOKIST (FRANK) MARTUSHEV; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TODD VAN LIERE; et al., <br><br> Defendants - Appellees. | No. 06-35168 <br><br> D.C. No. CV-05-00139-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
MAY 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The appellants' motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal is granted. A certified copy of this order shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Grace S. Santos*
Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
  and Ninth Circuit 27-10

Pro 3.6